IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEARCHES OF:<br>(1) Black/blue Samsung cell phone with black/purple case;<br>(2) Black Google cell phone;<br>(3) Black Samsung in a black plastic case with IMEI: 352574701793042 | MJ 23-27-M-KLD<br>MJ 23-28-M-KLD<br>MJ 23-29-M-KLD<br><br>Filed Under Seal |
|---|---|

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Amy R. Fitchett (Rehbein), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1. I am an Adult Probation/Parole Officer for the State of Montana in Missoula County, Montana, currently assigned to the FBI Montana Regional Violent Crime Task Force, which specializes in targeting habitual violent offenders, dismantling violent criminal enterprises, and tracking fugitives. I have been duly sworn and deputized as a Special Federal Officer and have served in this capacity for three years.

2. I have been employed with the Montana Department of Corrections since July 1997. I have been a State Probation/Parole Officer since May 2002. I have attended formal and in-service training courses and seminars

1

regarding the detection, identification, and seizure of illegal controlled substances and accompanying paraphernalia. My duties as a Probation/Parole Officer have provided me the training and experience to recognize drug use and drug activity, and I have specialized training in supervising drug offenders.

3. I completed all required statutory training to become a Reserve Deputy Sheriff in Lake County, Montana, in January 2000. I was a sworn Reserve Deputy Sheriff until June 2009. I worked as a uniformed Lake County patrol deputy and I have been the affiant on numerous warrants for criminal violations in Lake County on the Flathead Indian Reservation. I assisted the Lake County Detective Division with investigating violent crime including homicides, shootings, weapon offenses, robberies, burglaries, financial and sexual related crimes. I was involved in numerous drug investigations with the Northwest Montana Drug Task Force for crimes such as Criminal Possession of Dangerous Drugs and Paraphernalia, Criminal Distribution of Dangerous Drugs, and the Criminal Production of Dangerous Drugs. These investigations have included Marijuana, Methamphetamine, Heroin, Cocaine and others. I have successfully completed the Basic Montana Law Enforcement Academy and I hold a Probation/Parole Basic, Intermediate, Advanced, and Instructor Certifications governed by Montana's Police Officer Standards and Training. I have successfully

completed ongoing training throughout my career, both certified and non-certified training.

4. I am assigned to the investigation summarized herein, and the information contained in this affidavit is based on my own observation, training, and experience, and where noted, information provided to me by other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. This affidavit is in support of a search warrant application for the following phone in connection with an investigation into Lindsay Rumph for Conspiracy to Distribute Methamphetamine- 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. 924(c)(1)(A)(i).

## PROPERTY TO BE SEARCHED

6. This affidavit is made in support of an application for a search warrant to search the following items:

Black/blue Samsung cell phone with black/purple case;
Black Google cell phone;
Black Samsung in a black plastic case with IMEI: 352574701793042

## PROBABLE CAUSE

7. In February 2022, the Montana Regional Violent Crime Task Force (MRVCTF) opened an investigation on Lindsay Ann Rumph, who was suspected of dealing large amounts of methamphetamine (meth) and fentanyl in Western Montana.

8. During the investigation, it was learned Rumph often traveled to the State of Washington to obtain methamphetamine and fentanyl, which she then distributed in Montana. It was also determined that Rumph was frequently accompanied by her significant other, Eric Navarro, during such trips starting around October of 2022.

9. On February 3, 2023, investigators with the MRVCTF learned Rumph and Navarro had traveled to Spokane, Washington. On February 4, 2023, a license plate reader situated at the Washington/Idaho border on Interstate 90, indicated Rumph's vehicle, a 2002 maroon GMC Denali (MT DUX121) had crossed the border headed eastbound towards Montana.

10. Law enforcement located the vehicle, and a stop was initiated in Missoula County at approximately the 79-mile marker of I90. Rumph and Navarro were taken into custody. They were the only occupants of the vehicle.

11. During his mirandized interview, Navarro admitted traveling to Spokane, Washington, with Rumph on four occasions: one trip in November 2022, one in December 2022, one in January 2023, and the final trip in February 2023. Navarro stated the purpose of their travel was for Rumph to purchase

methamphetamine and fentanyl for distribution in the Missoula area. During the January 2023 trip, Navarro recalled Rumph meeting with a white female known as "Erica." Rumph received a plastic bag from Erica and placed it in the rear of the GMC Denali while at a mall in the Spokane area. Navarro later observed the contents of the bag as methamphetamine, approximately the size of a softball. During the February 2023 trip, Navarro assisted Rumph in placing a similar amount of methamphetamine and a "boat" (commonly used to reference one thousand quantity) of fentanyl pills into a black sock. The sock was then placed in the air filter box in the engine of the Yukon Denali. Navarro stated Rumph always had a firearm with her, to include during the purchase, transportation, and distribution of illegal drugs. Navarro believed Rumph possessed and carried the firearm for her protection. Navarro stated Rumph had a firearm inside the vehicle at the time of the stop and described it as burgundy and black in color.

12. During her mirandized interview, Rumph acknowledged she had been using methamphetamine and that Navarro was her boyfriend. She admitted he had traveled with her to Spokane on multiple occasions and was aware of and had participated in her criminal activities. Prior to being booked into jail, Rumph also admitted she had drugs concealed on her person and surrendered a baggie containing eight suspected fentanyl pills.

13. Rumph acknowledged there was a firearm and drugs inside her vehicle at the time of the stop. The vehicle was seized and searched pursuant to a search warrant. An unholstered Glock 19 handgun was found on the floorboard, within reach of both the driver and passenger. The handgun contained a full magazine and had a live round in the chamber.

14. Also discovered during the search was approximately one pound of suspected methamphetamine, approximately one thousand suspected fentanyl pills, and a small amount of suspected heroin. There was a notebook containing names, amounts, values, and money owed, multiple electronic devices, miscellaneous drug paraphernalia and $279 in cash.

15. Two cell phones were discovered in the front driver's side of the vehicle where Rumph was seated during the stop; one was a black Google cell phone and the other a black/blue Samsung cell phone inside a purple/black case. A third cell phone was found in the front passenger side of the vehicle where Navarro was seated. It was a black Samsung in a black plastic case, IMEI: 352574701793042.

16. TFO Fitchett's (Rehbein) training and experience has shown cell phones are commonly utilized to facilitate the trafficking of illegal drugs. The cell phones were seized and placed in evidence.

**AUTHORIZATION REQUEST**

17. Based on the foregoing, TFO Fitchett (Rehbein) submits there is probable cause to search the phones referenced above in paragraph 6 and below in Attachment A, for the items referenced in Attachment B.

Respectfully submitted,

_____
Amy R. Fitchett (Rehbein)
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on March 20th, 2023

_____
Hon. Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana