IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Searching of:<br><br>Black Google cell phone | **MJ-23-028-M-KLD**<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of April, 2023.

_____
Honorable Kathleen L. DeSoto
Magistrate Judge